170 A.3d 313

KEAN FEDERATION OF TEACHERS, JAMES CASTIGLIONE, AND VALERA HASCUP, PLAINTIFFS-RESPONDENTS, v. ADA MORELL, DEFENDANT, AND BOARD OF TRUSTEES OF KEAN UNIVERSITY, AND KEAN UNIVERSITY, A BODY CORPORATE AND POLITIC, DEFENDANTS-PETITIONERS.

June 29, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005481–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.

170 A.3d 313

KEAN FEDERATION OF TEACHERS, JAMES CASTIGLIONE, AND VALERA HASCUP, PLAINTIFFS-RESPONDENTS, v. ADA MORELL, DEFENDANT, AND BOARD OF TRUSTEES OF KEAN UNIVERSITY, AND KEAN UNIVERSITY, A BODY CORPORATE AND POLITIC, DEFENDANTS-APPELLANTS.

June 29, 2017

ORDER

It is ORDERED that the motion of the New Jersey Council of County Colleges for leave to file a brief and argue as amicus curiae is granted. The parties may serve and file briefs in response on or before July 31, 2017. Oral argument is limited to five minutes.